**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

1.  ISRAEL JOSE AMAYA-ROMERO, and
2.  JOSE ARMANDO APOLINAR-SALDANA
    a/k/a "Juan Lopez Jimenez,"

        Defendants.

Case No. 25-cr-173 (JRT/ECW)

**FINAL ORDER**
**OF FORFEITURE**

---

Craig R Baune, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE,** 300 S 4th St. Ste 600, Minneapolis, MN 55415, for plaintiff.

Lee R Johnson, **JOHNSON & GREENBERG PLLP,** Suite 700, 5775 Wayzata Blvd., St. Louis Park, MN 55416, for defendant Amaya-Romero.

Kevin W DeVore, **DEVORE LAW OFFICE, P.A.,** 724 Bielenberg Drive, Ste 110, Woodbury, MN 55125, for defendant Apolinar-Saldana.

On September 30, 2025, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853(a);

The Plaintiff posted a Notice of Criminal Forfeiture for a least 30 consecutive days on an official government internet site (www.forfeiture.gov), beginning on October 23, 2025, providing notice of the United States' intention to dispose of the Property in accordance with law, and of the right of third parties to petition the Court within 60 days

of the first date of posting for a hearing to adjudicate the validity of their alleged legal interest in the Property.

No third party has filed a petition asserting an interest in the subject property.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1. the United States' Motion for a Final Order of Forfeiture (ECF No. 92) is **GRANTED**;

2. all right, title and interest in the Property is hereby forfeited to and vested in the United States of America pursuant to 21 U.S.C. § 853(a); and

3. the United States shall dispose of the Property in accordance with law.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: February 17, 2025
at Minneapolis, Minnesota.

_____s/John R. Tunheim_____
JOHN R. TUNHEIM
United States District Judge